IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS M. FISHER, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| | : | NO. 09-1572 |
| | : | |
| MICHAEL MATTHEWS and | : | |
| SHAUN DICKMYER | : | |
| Defendants | : | |

O R D E R

**AND NOW**, this 20th day of May, 2011, upon careful and independent consideration of the defendants' motion for summary judgment (Doc. # 17), and all responses and replies thereto, and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Thomas M. Blewitt (Doc. # 26), it is hereby ORDERED that:

1. The defendants' objections to the report and recommendation of the United States Magistrate Judge (Doc. # 31) are OVERRULED;

2. The Report and Recommendation is APPROVED and ADOPTED;

3. Defendants' motion for summary judgment is GRANTED.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.